### W. H. WHITLEY v. O. O. KAFIR ET AL.

(Filed 21 September, 1921.)

**Appeal and Error—Instructions—Evidence.**

A requested instruction, though stating a correct principle of law, is properly refused when not supported by, or in conformity with, the evidence in the case.

APPEAL by plaintiff from *Allen, J.,* at May Term, 1921, of BEAUFORT.

Action for trespass involving the true location of the boundary line between the lands of plaintiff and defendants, admittedly adjoining property owners.

From a verdict and judgment in favor of the defendants, the plaintiff appealed.

*W. C. Rodman and Ward & Grimes for plaintiff.*
*John H. Bonner and Small, MacLean, Bragaw & Rodman for defendants.*

PER CURIAM. The only exception in the record relates to his Honor's refusal to give one of plaintiff's special prayers for instructions. While the prayer, as requested, probably states a correct principle of law, as an abstract proposition, yet we think it was properly refused under the evidence in the instant case. It omitted all reference to the marked lines; and these should have been considered by the jury, even under the facts stated in the prayer.